**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joseph Marion HEAD, Jr.,**
**Defendant–Appellant.**

**No. 10–7485.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 28, 2011.

Decided: May 27, 2011.

Joseph Marion Head, Jr., Appellant Pro Se. Thomas Richard Ascik, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Marion Head, Jr., appeals the district court's order dismissing this action as improvidently filed and docketed. We have reviewed the record and find no re-

versible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Head*, Nos. 4:98–cr–00102–MR–1; 1:10–cv–00197–MR (W.D.N.C. Sept. 28, 2010). We deny the motions for appointment of counsel and for copies of records and briefs and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*